IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KAILA SPIRES,                                               *

               Plaintiff,                          *

v.                                                                        Case No. 7:25-cv-100  (WLS)

                                   *

RACHAEL FULLER, et al.,                            *

             Defendants.                     *

_____        *

## J U D G M E N T

Pursuant to this Court's Order dated August 20, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 20th day of August, 2025.

                         David W. Bunt, Clerk

                         s/ Katie Logsdon, Deputy Clerk